**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6809

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DEVONE SHARNELL BEST,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, District Judge.  (7:12-cr-00064-D-1)

Submitted:  July 17, 2023                                    Decided:  August 3, 2023

Before AGEE and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Devone Sharnell Best, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Devone Sharnell Best appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Best*, No. 7:12-cr-00064-D-1 (E.D.N.C. July 6, 2022). We deny the motion to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*